IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SATURN TRANSPORT, INC.,

    Plaintiff,     No. CIV S-07-2447 LEW DAD PS

    vs.

STATE OF CALIFORNIA, et al.,     <u>ORDER</u>

    Defendants.

_____/

    Plaintiff Saturn Transport, Inc. has filed a complaint for negligence and wrongful assessment of unemployment insurance and has paid the required filing fee of $350.00. Because the plaintiff corporation purports to have filed this action "in pro per," the proceeding has been referred to the undersigned in accordance with Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

    In general, parties may plead and conduct their own cases personally. <u>See</u> 28 U.S.C. § 1654. However, "[a] corporation or other entity may appear only by an attorney." Local Rule 83-183(a). Unlicensed laypersons, including the owners of companies, officers of a corporation, partners of a partnership, and members of an association may not represent their entities "pro se." <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal

1

courts only through licensed counsel. . . . [T]hat rule applies equally to all artificial entities."); United States v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming district court's entry of default judgment against the corporation when the corporation failed to retain counsel for the duration of the litigation and attempted to proceed through its unlicensed president and sole shareholder).

      IT IS HEREBY ORDERED that plaintiff Saturn Transport, Inc. shall appear through counsel within fifteen days from the date of this order. Plaintiff is forewarned that failure to make such an appearance will result in a recommendation that the assigned district judge dismiss this action without prejudice to the filing of a new action with counsel.

DATED: November 14, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\saturntransportinc2447.nocounsel.ord