IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SATURN TRANSPORT, INC.,

    Plaintiff,                        No. CIV S-07-2447 LEW DAD PS

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.              <u>ORDER</u>

/

         A complaint was submitted by a layperson on behalf of plaintiff Saturn Transport, Inc. on November 14, 2007. Because the corporation presented itself as proceeding pro se, the case was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

         By order filed November 15, 2007, plaintiff Saturn Transport, Inc. was granted 15 days to appear through counsel. Plaintiff Saturn Transport, Inc. did not appear through counsel. On December 11, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Although objections to the findings and recommendations have been filed by a layperson, no objections have been filed by plaintiff Saturn Transport, Inc. through counsel.

/////

1         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed December 11, 2007, are adopted in full; and

        2.  This action is dismissed without prejudice due to the failure of plaintiff Saturn Transport, Inc. to appear through counsel.

DATED: January 14, 2008

*/s/ Ronald S.W. Lew*
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge